# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ANTONIO ANTWAIN ASH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. CIV-14-486-R |
| | ) |
| GEO CORRECTIONS, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

Before the Court is the Report and Recommendation of United States Magistrate Judge Shon T. Erwin. Doc. No. 35. No objection to the Report and Recommendation has been filed nor has an extension of time in which to object been sought or granted. Therefore, the Report and Recommendation is ADOPTED in its entirety. Defendants' dispositive motion [Doc. No. 28] is GRANTED based on Plaintiff's failure to exhaust his administrative remedies.

IT IS SO ORDERED this 11th day of May, 2015.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE